| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP<br>BENJAMIN M. REZNIK (Bar No. 72364) |
| 2 | E-MAIL: BMR@JMBM.COM<br>CARY J. LAFFER (Bar No. 260546) |
| 3 | E-MAIL: CJL@JMBM.COM<br>1900 Avenue of the Stars, Seventh Floor |
| 4 | Los Angeles, California  90067<br>Telephone:    (310) 203-8080 |
| 5 | Facsimile:     (310) 203-0567 |
| 6 | Attorneys for Plaintiff<br>CONTEST PROMOTIONS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, COUNTY OF SAN FRANCISCO, a subdivision of the State of California, CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.  CV-09-4434-SI<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Judge:  Honorable Susan Illston |

Good cause appearing, the Court hereby grants Plaintiff Contest Promotions, LLC's substitution of Jeffer, Mangels, Butler & Marmaro LLP as its attorney of record in place of The Law Offices of Paul E. Fisher.

IT IS SO ORDERED

Dated: _____     _____
HONORABLE SUSAN ILLSTON