| | |
|---|---|
| CONTEST PROMOTIONS, | No. C 09-04434 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 9, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 19, 2010.

DESIGNATION OF EXPERTS: 12/1/10; REBUTTAL: 1/10/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 18, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by March 4, 2011;

    Opp. Due March 18, 2011; Reply Due March 25, 2011;

    and set for hearing no later than April 8, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 24, 2011 at 3:30 PM.

JURY TRIAL DATE: June 6, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court has reserved April 9, 2010 for a Rule 12 Motion. The motion shall be filed by 2/19/10, any opposition shall be filed by 3/12/10 and any reply shall be filed by 3/26/10.

Deadline to file motion to amend the pleading is September 3, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge