United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, | No. C 09-04434 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| v. | |
| CITY OF SAN FRANCISCO, et al. | |
| Defendant. | |

On October 25, 2010, plaintiff Contest Promotions, LLC, filed an ex parte motion for a temporary restraining order and order to show cause regarding the issuance of a preliminary injunction. On October 26, 2010, defendant City of San Francisco filed a notice of intent to file an opposition to plaintiff's motion. Defendant is hereby enjoined from enforcing any Notice of Violation challenged in this law suit until the Court has had an opportunity to rule on plaintiff's motion.

**IT IS SO ORDERED.**

Dated: October 26, 2010

SUSAN ILLSTON
United States District Judge