JEFFER MANGELS BUTLER & MITCHELL LLP
BENJAMIN M. REZNIK (Bar No. 72364)
*bmr@jmbm.com*
MATTHEW D. HINKS (Bar No. 200750)
*mhinks@jmbm.com*
AMY LERNER HILL (Bar No. 216288)
*akl@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; COUNTY OF SAN FRANCISCO, a subdivision of the State of California; CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  CV 09-4434 SI<br><br>**STIPULATION RE CONTINUANCE OF PRETRIAL AND TRIAL DATES AND [PROPOSED] ORDER** |

## STIPULATION

1. Pursuant to Fed. R. Civ. Proc. 16 and the Local Rules of this Court, plaintiff Contest Promotions, LLC and defendants City and County of San Francisco (collectively, the "parties"), through their respective counsel of record, respectfully submit the following stipulation requesting an extension of the pre-trial and trial dates.

2. On February 4, 2010, the Court issued its Pretrial Preparation Order, which set the pretrial dates in this matter (Dkt. # 23).

3. On October 5, 2010, the Court held a Case Management Conference and continued certain of the pretrial dates in this matter. These new dates are reflected in the Court's October 8, 2010 Civil Pretrial Minutes (Dkt. # 40).

4. The parties currently have several outstanding and incomplete discovery items, including the depositions of their respective witnesses. The parties will not be able to complete discovery or resolve their outstanding discovery disputes before the January 19, 2011 fact discovery cut-off.

5. The parties now seek to continue all case management dates to allow them additional time to complete discovery and further meet and confer regarding outstanding discovery disputes. The parties must complete all discovery before their deadline to file dispositive motions. Therefore, the parties also seek to continue the dispositive motion deadlines. In addition, the parties seek to file and have heard their dispositive motions before preparing for the pretrial conference and trial. The parties therefore seek to also continue the pre-trial conference and trial dates.

6. The parties agree that all case management dates should be continued by approximately six weeks.

7. The parties agree to continue the current pretrial and trial dates as set forth below and respectfully request that the Court adopt these revised dates:

**CURRENT DATES:**

Non-Expert Discovery Cut-Off:  January 19, 2011

Designation of Experts:  January 21, 2011

Designation of Rebuttal Experts:  February 4, 2011

Expert Discovery Cut-Off: February 18, 2011

Dispositive Motions, Filed: March 4, 2011

Dispositive Motions, Oppositions: March 18, 2011

Dispositive Motions, Reply: March 25, 2011

Dispositive Motion Hearing Deadline: April 8, 2011 at 3:30 p.m.

Pretrial Conference: May 24, 2011 at 3:30 p.m.

Jury Trial: June 6, 2011 at 8:30 a.m.


**PROPOSED NEW DATES:**

Non-Expert Discovery Cut-Off:  March 4, 2011

Designation of Experts:  March 18, 2011

Designation of Rebuttal Experts:  April 1, 2011

Expert Discovery Cut-Off: April 15, 2011

Dispositive Motions, Filed: May 20, 2011

Dispositive Motions, Oppositions: June 3, 2011

Dispositive Motions, Replies: June 10, 2011

Dispositive Motion Hearing Deadline: June 24, 2011 at 9:00 a.m.

Pretrial Conference: July 26, 2011 at 3:30 p.m.

Jury Trial: August 9, 2011 at 8:30 a.m.

8. There is good cause to continue the pretrial and trial dates because it will allow the parties to complete discovery in an orderly fashion in advance of their deadline to file dispositive motions.  In addition, there is good cause to continue the pretrial and trial dates because it will allow the parties more time to

1  work on their outstanding discovery and attempt to informally resolve their discovery
2  disputes without seeking the Court's intervention.
3      IT IS SO STIPULATED.

5  DATED: December 28, 2010    JEFFER MANGELS BUTLER & MITCHELL LLP
6      BENJAMIN M. REZNIK
    MATTHEW D. HINKS
7      AMY LERNER HILL

9      By:    /s/ Matthew D. Hinks
        MATTHEW D. HINKS
10     Attorneys for Plaintiff CONTEST
    PROMOTIONS, LLC

11 DATED: December 28, 2010    DENNIS J. HERRERA
12     KRISTEN A. JENS
    THOMAS S. LAKRITZ
13     VICTORIA WONG

15     By:    /s/ Thomas S. Lakritz
    THOMAS S. LAKRITZ
16     Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

### [PROPOSED] CASE MANAGEMENT ORDER

The parties' Stipulation re Continuance of Pretrial and Trial Dates is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS SO ORDERED:

Dated:_____

By:_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

## ATTESTATION CLAUSE

I, Matthew Hinks, hereby attest in accordance with General Order No. 45.X that Thomas S. Lakrtiz, Counsel for Defendant City and County of San Francisco, has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION RE CONTINUANCE OF PRETRIAL AND TRIAL DATES AND [PROPOSED] ORDER.

DATED:  December 28, 2010      By: _____/s/ Matthew D. Hinks_____
                                              MATTHEW D. HINKS
                                              Attorneys for Plaintiff
                                              CONTEST PROMOTIONS, LLC.