**United States District Court**
For the Northern District of California

1
2
3
4
5                       IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  CONTEST PROMOTIONS,                          No. C 09-04434 SI
9            Plaintiff,                         **ORDER RE: PENDING DISCOVERY**
                                                **REQUESTS**
10    v.
11  CITY OF SAN FRANCISCO,
12            Defendant.
                                        /
13
14        The Court has executed the Stipulated Protective Order submitted by the parties in defendant's
15  letter brief dated February 11, 2011.  (Doc. 75)  In accordance with that letter, the Court will consider
16  the proposed new deposition schedule when/if submitted by the parties this week and all other pending
17  discovery matters are dismissed as moot.  Any new issues shall be presented to the Court only after the
18  parties have met and conferred.
19
20        **IT IS SO ORDERED.**
21
22  Dated: February 15, 2011
                                                SUSAN ILLSTON
23                                              United States District Judge
24
25
26
27
28