JEFFER MANGELS BUTLER & MITCHELL LLP
BENJAMIN M. REZNIK (Bar No. 72364)
*bmr@jmbm.com*
MATTHEW D. HINKS (Bar No. 200750)
*mhinks@jmbm.com*
AMY LERNER HILL (Bar No. 216288)
*akl@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; COUNTY OF SAN FRANCISCO, a subdivision of the State of California; CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  CV 09-4434 SI<br><br>**STIPULATION FOR BRIEF STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL DATES; [PROPOSED] ORDER** |

**STIPULATION**

1. Pursuant to Fed. R. Civ. Proc. 16 and the Local Rules of this Court, plaintiff Contest Promotions, LLC and defendant City and County of San Francisco (collectively, the "parties"), through their respective counsel of record, respectfully submit the following stipulation requesting a minor extension of the pre-trial dates.

2. The purpose of this stipulation is to effectuate an agreement reached between the parties for a temporary stand down of the litigation while the parties explore settlement talks. The agreement was reached in the evening on Wednesday, February 23, 2011, after an exchange of settlement correspondence. That correspondence makes the parties hopeful that a settlement can be reached in this matter in short order. While the parties cannot guarantee that a settlement will ultimately be reached, their settlement discussions have progressed far enough to make a brief stand down period make sense to allow the parties to complete their discussions and, at the same time, avoid the expense of litigation.

3. This is a very active period for this litigation. Depositions are underway and many more depositions were scheduled to take place prior to the close of fact discovery on March 4, 2011. Even prior to the agreement for a temporary stand down, the parties were already contemplating the necessity of seeking relief from the March 4 fact discovery cut-off to allow for the completion of percipient witness depositions in the two weeks after March 4.

4. The parties' temporary stand down agreement provides that there shall be no further litigation activity until March 11, 2011. The parties contemplate that a two-week stand down period is necessary to explore the current settlement opportunity.

5. To effectuate the stand down agreement, the parties respectfully request an adjustment in the current pre-trial schedule, as follows:

**CURRENT DATES:**

Non-Expert Discovery Cut-Off:  March 4, 2011

Designation of Experts:  March 18, 2011

Designation of Rebuttal Experts:  April 1, 2011

Expert Discovery Cut-Off:  April 15, 2011

Dispostive Motions, Filed:  May 20, 2011

Dispotive Motions, Oppositions Filed:  June 3, 2011

Dispositive Motions, Reply Filed:  June 10, 2011

Dispositve Motions, Hearing:  June 24, 2011 at 9:00 a.m.

Pretrial Conference:  July 26, 2011 at 3:30 p.m.

Trial :  August 8, 2011 at 8:30 a.m.

**PROPOSED NEW DATES:**

Non-Expert Discovery Cut-Off:  April 8, 2011

Designation of Experts:  April 22, 2011

Designation of Rebuttal Experts:  May 6, 2011

Expert Discovery Cut-Off:  May 13, 2011

Dispostive Motions, Filed:  June 10, 2011

Dispotive Motions, Oppositions Filed:  June 24, 2011

Dispositive Motions, Reply Filed:  July 1, 2011

Dispositve Motions, Hearing:  July 15, 2011 at 9:00 a.m.

Pretrial Conference:  August 23, 2011 at 3:30 p.m.

Trial :  August 29, 2011 at 8:30 a.m.

6.  There is good cause to continue the pretrial dates as described above because it will allow the parties to explore the current settlement opportunity and, at the same time, avoid litigation costs.  The parties believe that a brief stand

down period is necessary for productive settlement talks.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: February 28, 2011 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BENJAMIN M. REZNIK<br>MATTHEW D. HINKS<br>AMY LERNER HILL<br><br>By:      /s/ Matthew D. Hinks<br>           MATTHEW D. HINKS<br>  Attorneys for Plaintiff CONTEST PROMOTIONS, LLC |
| DATED: February 28, 2011 | DENNIS J. HERRERA<br>KRISTEN A. JENS<br>THOMAS S. LAKRITZ<br>VICTORIA WONG<br><br>By:      /s/ Thomas S. Lakritz<br>THOMAS S. LAKRITZ<br>Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO |

**[PROPOSED] CASE MANAGEMENT ORDER**

The parties' Stipulation for Brief Stay of Litigation Pending Settlement Discussions and for Continuance of Pretrial Dates is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS SO ORDERED:

Dated: 2/28/11

By: _____
HONORABLE SUSAN ILLSTON
United States District Court Judge

## ATTESTATION CLAUSE

I, Matthew Hinks, hereby attest in accordance with General Order No. 45.X that Thomas S. Lakrtiz, Counsel for Defendant City and County of San Francisco, has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION FOR BRIEF STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL DATES; [PROPOSED] ORDER.

DATED:  February 28, 2011        By: _____/s/ Matthew D. Hinks_____
                                           MATTHEW D. HINKS
                                           Attorneys for Plaintiff
                                           CONTEST PROMOTIONS, LLC.