JEFFER MANGELS BUTLER & MITCHELL LLP
BENJAMIN M. REZNIK (Bar No. 72364)
*bmr@jmbm.com*
MATTHEW D. HINKS (Bar No. 200750)
*mhinks@jmbm.com*
AMY LERNER HILL (Bar No. 216288)
*akl@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; COUNTY OF SAN FRANCISCO, a subdivision of the State of California; CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.   CV 09-4434 SI<br><br>**SECOND STIPULATION FOR STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER** |

7651717v2

- 1 -     Stipulation for Stay and Continuance of Dates

**STIPULATION**

1.  Pursuant to Fed. R. Civ. Proc. 16 and the Local Rules of this Court, plaintiff Contest Promotions, LLC ("Contest Promotions") and defendant City and County of San Francisco (the "City") (collectively, the "parties"), through their respective counsel of record, respectfully submit the following stipulation effectuating the parties' agreement to a further 30-day stay of litigation and requesting an extension of the pre-trial and trial dates pending the parties' settlement discussions.

2.  The purpose of this stipulation is to effectuate an agreement reached between the parties for an additional 30-day temporary stay of the litigation to allow the parties to continue their ongoing settlement discussions. The parties previously agreed to a two-week stay of the litigation to explore settlement opportunities. On February 28, 2011, to effectuate that agreement, the parties filed a stipulation continuing the pre-trial and trial dates. (Dkt # 81). The Court approved the stipulation on March 1, 2011 and continued the pre-trial and trial dates, as set forth below. (Dkt # 82).

3.  Since the parties' previous stay agreement, the parties have made significant efforts to settle this litigation, including attending two in-person meetings in San Francisco (Contest Promotions' principals and its counsel are located in Los Angeles), and exchanging pertinent information. As a result of such efforts, the parties have made progress in their settlement discussions.

4.  The parties now intend to continue their settlement efforts, which will likely include at least one more in-person meeting and a further exchange of information. To facilitate those communications, the parties have agreed to an additional 30-day stay of the litigation, until April 11, 2011. An additional 30-day stay is necessary because of the complexity of the settlement process. A potential settlement would likely affect all aspects of Contest Promotions' business model. In addition, the settlement process necessitates the involvement of multiple decision-makers on the part of the City. The parties also need time to document any

1  settlement agreement.

2      5.    The parties prefer to spend their efforts during the next 30 days
3  on resolving this case, if possible, instead of litigating it. The parties believe that
4  there is a reasonable chance the such efforts will result in settlement.

5      6.    To effectuate the parties' agreement to stay all litigation
6  activities for 30 days, the parties respectfully request that all case management dates
7  be continued by approximately 30 days, as follows:

**CURRENT DATES:**

Non-Expert Discovery Cut-Off: April 8, 2011

Designation of Experts: April 22, 2011

Designation of Rebuttal Experts: May 6, 2011

Expert Discovery Cut-Off: May 13, 2011

Dispositive Motions, Filed: June 10, 2011

Dispositive Motions, Oppositions: June 24, 2011

Dispositive Motions, Reply: July 1, 2011

Dispositive Motion Hearing Deadline: July 15, 2011 at 9:00 a.m.

Pretrial Conference: August 23, 2011 at 3:30 p.m.

Jury Trial: August 29, 2011 at 8:30 a.m.

**PROPOSED NEW DATES:**

Non-Expert Discovery Cut-Off: May 9, 2011

Designation of Experts: May 23, 2011

Designation of Rebuttal Experts: June 6, 2011

Expert Discovery Cut-Off: June 13, 2011

Dispositive Motions, Filed: July 11, 2011

Dispositive Motions, Oppositions: July 25, 2011

Dispositive Motions, Replies: August 1, 2011

1   Dispositive Motion Hearing Deadline: August 15, 2011 at 9:00 a.m.
2   Pretrial Conference: September 20, 2011 at 3:30 p.m.
3   Jury Trial: October 11, 2011 at 8:30 a.m.

5   7.   There is good cause to continue the pretrial and trial dates because it will allow the parties to focus their efforts on settlement and, at the same time, avoid potentially unnecessary litigation costs.

IT IS SO STIPULATED.

DATED:  March 18, 2011        JEFFER MANGELS BUTLER & MITCHELL LLP
                              BENJAMIN M. REZNIK
                              MATTHEW D. HINKS
                              AMY LERNER HILL


                              By:      /s/ Matthew D. Hinks
                                       MATTHEW D. HINKS
                                  Attorneys for Plaintiff CONTEST
                                   PROMOTIONS, LLC

DATED: March 18, 2011         DENNIS J. HERRERA
                              KRISTEN A. JENS
                              THOMAS S. LAKRITZ
                              VICTORIA WONG


                              By:      /s/ Thomas S. Lakritz
                                       THOMAS S. LAKRITZ
                                  Attorneys for Defendant CITY AND COUNTY
                                   OF SAN FRANCISCO

**[PROPOSED] CASE MANAGEMENT ORDER**

The parties' Second Stipulation For Stay of Litigation Pending Settlement Discussions and For Continuance of Pretrial and Trial Dates is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS SO ORDERED:

        3/21/11

Dated:_____

By:_____*/s/ Susan Illston*_____
    HONORABLE SUSAN ILLSTON
    United States District Court Judge

## ATTESTATION CLAUSE

I, Matthew Hinks, hereby attest in accordance with General Order No. 45.X that Thomas S. Lakrtiz, Counsel for Defendant City and County of San Francisco, has provided his concurrence with the electronic filing of the foregoing document entitled SECOND STIPULATION FOR STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER.

DATED:  March 18, 2011         By: _____/s/ Matthew D. Hinks_____
                                    MATTHEW D. HINKS
                                    Attorneys for Plaintiff
                                    CONTEST PROMOTIONS, LLC.