1  JEFFER MANGELS BUTLER & MITCHELL LLP
   BENJAMIN M. REZNIK (Bar No. 72364)
2  *bmr@jmbm.com*
   MATTHEW D. HINKS (Bar No. 200750)
3  *mhinks@jmbm.com*
   AMY LERNER HILL (Bar No. 216288)
4  *akl@jmbm.com*
   1900 Avenue of the Stars, Seventh Floor
5  Los Angeles, California  90067-4308
   Telephone:  (310) 203-8080
6  Facsimile:   (310) 203-0567

7  Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; COUNTY OF SAN FRANCISCO, a subdivision of the State of California; CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  CV 09-4434 SI<br><br>**THIRD STIPULATION FOR STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER** |
|---|---|

7777908v1

- 1 -  Third Stipulation to Continue Dates

**STIPULATION**

1. Pursuant to Fed. R. Civ. Proc. 16 and the Local Rules of this Court, plaintiff Contest Promotions, LLC ("Contest Promotions") and defendant City and County of San Francisco (the "City") (collectively, the "parties"), through their respective counsel of record, respectfully submit the following stipulation effectuating the parties' agreement to a further 60-day stay of litigation and requesting an extension of the pre-trial and trial dates pending the parties' settlement discussions.

2. The purpose of this stipulation is to effectuate an agreement reached between the parties for an additional 60-day temporary stay of the litigation to allow the parties to continue their ongoing settlement discussions. The parties previously agreed a stay of the litigation to explore settlement opportunities. On February 28, 2011, to effectuate that agreement, the parties filed a stipulation continuing the pre-trial and trial dates. (Dkt # 81). The Court approved the stipulation on March 1, 2011 and continued the pre-trial and trial dates. (Dkt # 82). On March 18, 2011, the parties entered a second stipulation to continue the pre-trial and trial dates approximately 30 additional days. (Dkt # 84). The Court approved the stipulation on March 21, 2011 and continued the pre-trial and trial dates as set forth below. (Dkt # 85).

3. Since the parties' stay agreement, the parties have made significant efforts to settle this litigation, including attending in-person meetings in San Francisco (Contest Promotions' principals and its counsel are located in Los Angeles), and exchanging pertinent information. As a result of such efforts, the parties have made progress in their settlement discussions. The parties remain committed to making efforts to settle the case.

4. The parties intend to continue their settlement efforts, which will likely include at least one more in-person meeting and a further exchange of information. To facilitate those communications, the parties have agreed to an additional 60-day stay of the litigation, until June 3, 2011 (previously, the parties had

1  agree to stay the proceedings until April 4, 2011).  An additional 60-day stay is
2  necessary because of the complexity of the settlement process.  A potential settlement
3  would likely affect all aspects of Contest Promotions' business model.  In addition,
4  the settlement process necessitates the involvement of multiple decision-makers on
5  the part of the City.  The parties also need time to document any settlement
6  agreement.

7      5.       The parties prefer to spend their efforts during the next 60 days
8  on resolving this case, if possible, instead of litigating it.  The parties believe that
9  there is a reasonable chance the such efforts will result in settlement.

10      6.       To effectuate the parties' agreement to stay all litigation
11  activities for 60 days, the parties respectfully request that all case management dates
12  be continued by approximately 60 days, as follows:

### CURRENT DATES:

Non-Expert Discovery Cut-Off:  May 9, 2011

Designation of Experts:  May 23, 2011

Designation of Rebuttal Experts:  June 6, 2011

Expert Discovery Cut-Off: June 13, 2011

Dispositive Motions, Filed: July 11, 2011

Dispositive Motions, Oppositions: July 25, 2011

Dispositive Motions, Replies: August 1, 2011

Dispositive Motion Hearing Deadline: August 15, 2011 at 9:00 a.m.

Pretrial Conference: September 20, 2011 at 3:30 p.m.

Jury Trial: October 11, 2011 at 8:30 a.m

### PROPOSED NEW DATES:

Non-Expert Discovery Cut-Off:  July 8, 2011

Designation of Experts:  July 22, 2011

Designation of Rebuttal Experts:  August 5, 2011

Expert Discovery Cut-Off: August 12, 2011

Dispositive Motions, Filed: September 12, 2011

Dispositive Motions, Oppositions: September 26, 2011

Dispositive Motions, Replies: October 3, 2011

Dispositive Motion Hearing Deadline: October 14, 2011 at 9:00 a.m.

Pretrial Conference: November 22, 2011 at 3:30 p.m.

Jury Trial: December 12, 2011 at 8:30 a.m.

7. There is good cause to continue the pretrial and trial dates because it will allow the parties to focus their efforts on settlement and, at the same time, avoid potentially unnecessary litigation costs.

IT IS SO STIPULATED.

DATED: May 6, 2011                JEFFER MANGELS BUTLER & MITCHELL LLP
                                  BENJAMIN M. REZNIK
                                  MATTHEW D. HINKS
                                  AMY LERNER HILL


                                  By:     /s/ Matthew D. Hinks
                                          MATTHEW D. HINKS
                                   Attorneys for Plaintiff CONTEST
                                    PROMOTIONS, LLC

DATED: May 6, 2011                DENNIS J. HERRERA
                                  KRISTEN A. JENS
                                  THOMAS S. LAKRITZ
                                  VICTORIA WONG


                                  By:     /s/ Thomas S. Lakritz
                                          THOMAS S. LAKRITZ
                                   Attorneys for Defendant CITY AND COUNTY
                                    OF SAN FRANCISCO

**[PROPOSED] CASE MANAGEMENT ORDER**

The parties' Third Stipulation for Stay of Litigation Pending Settlement Discussions and for Continuance of Pretrial and Trial Dates is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS SO ORDERED:

Dated:      5/11/11

By: _____
HONORABLE SUSAN ILLSTON
United States District Court Judge

7777908v1

- 5 -   Third Stipulation to Continue Dates

1 **ATTESTATION CLAUSE**

2     I, Matthew Hinks, hereby attest in accordance with General Order No. 45.X

3 that Thomas S. Lakrtiz, Counsel for Defendant City and County of San Francisco, has

4 provided his concurrence with the electronic filing of the foregoing document entitled

5 THIRD STIPULATION FOR STAY OF LITIGATION PENDING SETTLEMENT

6 DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES;

7 [PROPOSED] ORDER.

8

9 DATED: May 6, 2011      By: _____/s/ Matthew D. Hinks_____
                                                          MATTHEW D. HINKS

10                                                 Attorneys for Plaintiff
                                            CONTEST PROMOTIONS, LLC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28