1  JEFFER MANGELS BUTLER & MITCHELL LLP
   BENJAMIN M. REZNIK (Bar No. 72364)
2  bmr@jmbm.com
   MATTHEW D. HINKS (Bar No. 200750)
3  mhinks@jmbm.com
   AMY LERNER HILL (Bar No. 216288)
4  akl@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
5  Los Angeles, California  90067-4308
   Telephone:   (310) 203-8080
6  Facsimile:    (310) 203-0567

7  Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; COUNTY OF SAN FRANCISCO, a subdivision of the State of California; CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.  CV 09-4434 SI<br><br>**FOURTH STIPULATION FOR STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [~~PROPOSED~~] ORDER** |

**STIPULATION**

1. Pursuant to Fed. R. Civ. Proc. 16 and the Local Rules of this Court, plaintiff Contest Promotions, LLC ("Contest Promotions") and defendant City and County of San Francisco (the "City") (collectively, the "parties"), through their respective counsel of record, respectfully submit the following stipulation effectuating the parties' agreement to a further 60-day stay of litigation and requesting an extension of the pre-trial and trial dates pending the parties' settlement discussions.

2. The purpose of this stipulation is to effectuate an agreement reached between the parties for an additional 60-day temporary stay of the litigation to allow the parties to continue their ongoing settlement discussions. The parties previously agreed a stay of the litigation to explore settlement opportunities. On February 28, 2011, to effectuate that agreement, the parties filed a stipulation continuing the pre-trial and trial dates. (Dkt # 81). The Court approved the stipulation on March 1, 2011 and continued the pre-trial and trial dates. (Dkt # 82). On March 18, 2011, the parties entered a second stipulation to continue the pre-trial and trial dates approximately 30 additional days. (Dkt # 84). The Court approved the stipulation on March 21, 2011 and continued the pre-trial and trial dates as set forth below. (Dkt # 85). On May 5, 2011, the parties entered a third stipulation to continue the pre-trial and trial dates approximately 60 additional days. (Dkt # 88). The Court approved the stipulation on May 11, 2011 and continued the pre-trial and trial dates as set forth below. (Dkt # 89).

3. Since the parties' initial stay agreement, the parties have made significant efforts to settle this litigation, including attending several in-person meetings in San Francisco (Contest Promotions' principals and its counsel are located in Los Angeles), and exchanging pertinent information. As a result of such efforts, the parties have made progress in their settlement discussions. A draft settlement agreement has been created and exchanged and is being considered by the parties. The parties remain committed to making efforts to settle the case.

4.  The parties intend to continue their settlement efforts in the hopes of finalizing the current draft settlement agreement.  To facilitate those efforts, the parties have agreed to an additional 60-day stay of the litigation.  An additional 60-day stay is necessary because of the complexity of the settlement process.  A potential settlement would likely affect all aspects of Contest Promotions' business model.  In addition, the settlement process necessitates the involvement of multiple decision-makers on the part of the City.  The parties also need time to document any settlement agreement.

5.  The parties prefer to spend their efforts during the next 60 days on resolving this case, if possible, instead of litigating it.  The parties believe that there is a reasonable chance the such efforts will result in settlement.

6.  To effectuate the parties' agreement to stay all litigation activities for 60 days, the parties respectfully request that all case management dates be continued by approximately 60 days, as follows:

**CURRENT DATES:**

Non-Expert Discovery Cut-Off:  July 8, 2011

Designation of Experts:  July 22, 2011

Designation of Rebuttal Experts:  August 5, 2011

Expert Discovery Cut-Off: August 12, 2011

Dispositive Motions, Filed: September 12, 2011

Dispositive Motions, Oppositions: September 26, 2011

Dispositive Motions, Replies: October 3, 2011

Dispositive Motion Hearing Deadline: October 14, 2011 at 9:00 a.m.

Pretrial Conference: November 22, 2011 at 3:30 p.m.

Jury Trial: December 12, 2011 at 8:30 a.m

**PROPOSED NEW DATES:**

Non-Expert Discovery Cut-Off:  September 8, 2011

Designation of Experts:  October 7, 2011

Designation of Rebuttal Experts:  October 20, 2011

Expert Discovery Cut-Off: October 27, 2011

Dispositive Motions, Filed: November 28, 2011

Dispositive Motions, Oppositions: December 12, 2011

Dispositive Motions, Replies: December 19, 2011

Dispositive Motion Hearing Deadline: January 9, 2012 at 9:00 a.m.

Pretrial Conference: February 6, 2012 at 3:30 p.m.

Jury Trial: February 27, 2012 at 8:30 a.m.

7. There is good cause to continue the pretrial and trial dates because it will allow the parties to focus their efforts on settlement and, at the same time, avoid potentially unnecessary litigation costs.

IT IS SO STIPULATED.

DATED:  July 11, 2011

JEFFER MANGELS BUTLER & MITCHELL LLP
BENJAMIN M. REZNIK
MATTHEW D. HINKS
AMY LERNER HILL


By:    /s/ Matthew D. Hinks
      MATTHEW D. HINKS
Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

DATED: July 11, 2011

DENNIS J. HERRERA
KRISTEN A. JENS
THOMAS S. LAKRITZ
VICTORIA WONG


By:    /s/ Thomas S. Lakritz
THOMAS S. LAKRITZ
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

**[PROPOSED] CASE MANAGEMENT ORDER**

The parties' Fourth Stipulation for Stay of Litigation Pending Settlement Discussions and for Continuance of Pretrial and Trial Dates is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

IT IS SO ORDERED:   NO FURTHER CONTINUANCES ANTICIPATED.

Dated: _____7/12/11_____

By: _____/s/ Susan Illston_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

## **ATTESTATION CLAUSE**

I, Matthew Hinks, hereby attest in accordance with General Order No. 45.X that Thomas S. Lakrtiz, Counsel for Defendant City and County of San Francisco, has provided his concurrence with the electronic filing of the foregoing document entitled FOURTH STIPULATION FOR STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS AND FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER.

DATED:  July 11, 2011            By: _____/s/ Matthew D. Hinks_____
                                         MATTHEW D. HINKS
                                         Attorneys for Plaintiff
                                         CONTEST PROMOTIONS, LLC.