JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW D. HINKS (Bar No. 200750)
*mhinks@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff CONTEST PROMOTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTEST PROMOTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; COUNTY OF SAN FRANCISCO, a subdivision of the State of California; CITY AND COUNTY OF SAN FRANCISCO, a chartered California city and county; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.   CV 09-4434 SI (MEJ)<br><br>**STIPULATION ADVANCING SETTLEMENT CONFERENCE TO FEBRUARY 1, 2013**<br><br>Date:       March 13, 2013<br>Time:      10:00 a.m.<br>Judge:     Hon. Maria-Elena James, Chief United States Magistrate Judge |

Plaintiff Contest Promotions, LLC and Defendant City and County of San Francisco, by and through their undersigned counsel, hereby stipulate, subject to the agreement of the Court, as follows:

**WHEREAS**, on November 14, 2012, this matter was referred to Hon. Maria-Elena James, Chief United States Magistrate Judge for a Settlement Conference;

**WHEREAS**, on November 19, 2012, a Settlement Conference was scheduled before Magistrate Judge James to take place on December 28, 2012;

**WHEREAS**, later on November 19, 2012, the parties received a Clerk's Notice

1 continuing the December 28, 2012 Settlement Conference to March 13, 2013;

2 **WHEREAS** the Parties desire to have a Settlement Conference as soon as
3 possible given the schedules of the parties, counsel and the Court;

4 **WHEREAS** the Court has informed the parties that a vacancy exists on its
5 calendar such that a Settlement Conference may take place on February 1, 2013, at
6 10:00 a.m.;

7 **WHEREAS** the parties are in agreement that the Settlement Conference
8 should take place at that date and time.

9 **NOW THEREFORE IT IS HEREBY STIPULATED**, subject to the
10 agreement of the Court, that the Settlement Conference previously scheduled for
11 March 13, 2013, shall be advanced and take place in the chambers of Hon. Maria-
12 Elena James, Chief United States Magistrate Judge on February 1, 2013, at 10:00
13 a.m.

14 DATED: November 30, 2012         JEFFER MANGELS BUTLER & MITCHELL LLP
                                    BENJAMIN M. REZNIK
15                                  MATTHEW D. HINKS

16                                  By:     /s/ Matthew D. Hinks
17                                          MATTHEW D. HINKS
                                    Attorneys for Plaintiff CONTEST PROMOTIONS,
18                                  LLC

19 DATED: November 30, 2012         DENNIS J. HERRERA
                                    KRISTEN A. JENSEN
20                                  THOMAS S. LAKRITZ
                                    VICTORIA WONG
21                                  JIM EMERY

22                                  By:     /s/ Jim Emery
                                    THOMAS S. LAKRITZ
23                                  Attorneys for Defendant CITY AND COUNTY OF
                                    SAN FRANCISCO
24

25 PURSUANT TO STIPULATION, IT IS SO ORDERED
26
27 December 3, 2012                  _____
                                                Hon. Maria-Elena James
28

## ATTESTATION CLAUSE

I, Matthew Hinks, hereby attest in accordance with General Order No. 45.X that Jim Emery, Counsel for Defendant City and County of San Francisco, has provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION ADVANCING SETTLEMENT CONFERENCE TO FEBRUARY 1, 2003.**

DATED:  November 30, 2012        By: _____/s/ Matthew D. Hinks_____
                                           MATTHEW D. HINKS
                                    Attorneys for Plaintiff CONTEST PROMOTIONS, LLC.

JMBM  Jeffer Mangels Butler & Mitchell LLP
PRINTED ON RECYCLED PAPER